```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
FRANCISCO TUY XEP, *on behalf of himself and all others similarly situated*,  :
:
          Plaintiff,  :  1:23-cv-450-GHW
:
   -against-  :
:  <u>ORDER</u>
DE HOOP CORP, *doing business as Kaia Wine Bar*, and SUZAAN HAUPTFLEISCH,  :
:
          Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

  As discussed during the conference held on April 25, 2024, the parties are directed to submit a joint letter updating the Court on the status of this case by no later than May 13, 2024.

  In addition, the post-discovery status conference previously scheduled for May 23, 2024, *see* Dkt. No. 24, is adjourned *sine die*, as is the parties' obligation to submit a status letter in advance of that conference.

  SO ORDERED.

Dated: April 25, 2024
New York, New York

                _____
                   GREGORY H. WOODS
                 United States District Judge