```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
FRANCISCO TUY XEP, *on behalf of himself and all others similarly situated*, :
:
Plaintiff,  :  1:23-cv-450-GHW
:
-against-  :
:  ORDER
DE HOOP CORP, *doing business as Kaia Wine Bar*, and SUZAAN HAUPTFLEISCH, :
:
Defendants.  :
:
------------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

In the Court's order dated May 14, 2024, the parties were directed to submit a joint letter updating the Court on the status of this case by no later than May 21, 2024. Dkt. No. 32. As of the date of this order, no joint status letter has arrived. The parties are directed to comply with the Court's May 14, 2024 order forthwith and in any event no later than May 24, 2024.

SO ORDERED.

Dated: May 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge