```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

FRANCISCO TUY XEP, *on behalf of himself and all others similarly situated*,

          Plaintiff,

-against-

DE HOOP CORP, *doing business as Kaia Wine Bar, and* SUZAAN HAUPTFLEISCH,

          Defendants.

------------------------------------------------------------------ X

1:23-cv-450-GHW

ORDER

GREGORY H. WOODS, District Judge:

  The Court will hold a conference in this case by telephone on June 12, 2024 at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

  SO ORDERED.

Dated: June 3, 2024

                 _____
                 GREGORY H. WOODS
                 United States District Judge