```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
FRANCISCO TUY XEP, *on behalf of himself and all others* :
*similarly situated*, :
: 
Plaintiff, :       1:23-cv-450-GHW
:
-against- :
:       ORDER
DE HOOP CORP, *doing business as Kaia Wine Bar*, *and* :
SUZAAN HAUPTFLEISCH, :
:
Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

As discussed during the conference held on June 12, 2024, the parties are directed (1) to meet and confer regarding whether they agree to the withdrawal of the jury demand, and (2) to file a joint letter updating the Court on the status of this matter by no later than June 20, 2024.

SO ORDERED.

Dated: June 12, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge