USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/2024



**SPIRE LAW**

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

<u>**Via Electronic Filing**</u>                    **July 18, 2024**

The Honorable Judge Gregory H. Woods
U.S. District Court, Southern District of New York
40 Foley Square                    **MEMORANDUM ENDORSED**
New York, NY 10007

Re.:    Tuy Xep v. De Hoop Corp. et al (1:23-cv-00450)

*Motion to Adjourn July 24, 2024 Status Conference*

Dear Judge Woods:

On behalf of Defendants De Hoop Corp. and Suzaan Hauptfleisch, I respectfully request the Court adjourn the Status Conference regarding Defendants' Motion to Withdraw as Counsel set for July 24, 2024. [Dkt. No. 47.] Alternatively, should the Court decline to adjourn the Conference, Defendants' counsel requests the Conference be held remotely.

Defendants' Motion to adjourn is based on the following. Defendants' Counsel is scheduled to defend a deposition in a separate matter on July 24, 2024. At this point, rescheduling the deposition would require both plaintiff's consent and a Court Order extending the time by which the deposition could be completed.

Alternatively, should the Court decline to adjourn the hearing, Defendants respectfully request the Court conduct the hearing remotely. The principal reason animating Counsel's Motion to Withdraw is Defendants' failure to honor its financial obligations with their counsel and the financial burden placed on Defendants' counsel. Lead Counsel for Defendants is principally located in Atlanta, Georgia, and an in-person hearing would only impose further monetary stress on Spire Law, PLLC. Indeed, conducting the hearing remotely would not only reduce the financial burden on Defendants but would reduce the costs on all parties.

Defendants have consulted with Plaintiff and Plaintiff has no objection to Defendants' motion to adjourn.



Should the Court grant the motion and wish to reschedule promptly, Plaintiff's counsel, Vivianna Morales, has authorized me to convey that she is out of the office during the week of July 29, 2024. Ms. Morales and Defendants' counsel are available on August 6 or 8, 2024.

We thank the Court for its attention to this matter.

Respectfully,

Ian E. Smith, Esq.
Partner, Spire Law, LLC

Application granted.  The conference previously scheduled for July 24, 2024 is adjourned to August 8, 2024 at 4:00 p.m.  The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.  Again, in addition to the parties' counsel, Defendant Suzaan Hauptfleisch and a representative of De Hoop Corp are ordered to personally attend the conference.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

SO ORDERED.

Dated:  July 18, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge