```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
FRANCISCO TUY XEP, *on behalf of himself and all others*             :
*similarly situated*,                                                :
                                                                     :
                                            Plaintiff,               :      1:23-cv-450-GHW
                                                                     :
                   -against-                                         :
                                                                     :
                                                                     :      ORDER
DE HOOP CORP, *doing business as* Kaia Wine Bar, *and*               :
SUZAAN HAUPTFLEISCH,                                                 :
                                                                     :
                                            Defendants.              :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On July 26, 2024, the Court entered an order stating that it expected to enter a finding of default against Defendant De Hoop Corp., doing business as Kaia Wine Bar, if counsel for De Hoop Corp. had not entered a notice of appearance by August 23, 2024. Dkt. No. 52. Today is September 5, 2024, and no counsel has appeared for De Hoop Corp. Therefore, the Court finds that De Hoop Corp. is in default.

The Clerk of Court is directed to:

- Issue a certificate of default with respect to Defendant De Hoop Corp.;

- Mail a copy of this order to Defendant De Hoop Corp., at:

    De Hoop Corp.
    1614 3rd Avenue
    New York, NY 10128

    and;

- Mail a copy of this order to Defendant Suzaan Hauptfleisch at:

Suzaan Hauptfleisch
1614 3rd Avenue
New York, NY 10128.

SO ORDERED.

Dated: September 5, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge