# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

October 15, 2024

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/24
```

**MEMORANDUM ENDORSED**

Re: *Francisco Tuy Xep v. De Hoop Corp., et al,*
    No. 23 Civ. 0450 (GHW)

Dear Judge Woods:

We represent Plaintiff Francisco Tuy Xep in the above-referenced matter and submit this letter with ex-parte Defendant Suzaan Hauptflesich to request a two-week extension of the October 16, 2024 deadline to submit the pre-trial materials outlined in your Honor's July 12, 2024 Order (ECF No. 45).

The parties have made significant progress including exchanging multiple drafts of the joint pre-trial order but require additional time to finalize the materials. This is the parties' first request for an extension of this deadline.

We thank the Court for its time and consideration.

Respectfully submitted,

*s/Vivianna Morales*

Vivianna Morales

Cc: Suzaan Hauptflesich (pro se) via E-mail and Regular Mail
    1614 Third Avenue
    New York, NY 10128

Application granted. The parties' application for an extension of time to submit the pretrial materials outlined in the Court's July 11, 2024 order, Dkt. No. 56, is granted. The deadline for the parties to submit the pretrial materials is extended to October 30, 2024. The parties should not expect any further extensions of this deadline. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 56.

SO ORDERED.

Dated: October 15, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge