USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

FRANCISCO TUY XEP, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

-against-

DE HOOP CORP, *doing business as* Kaia Wine Bar, *and* SUZAAN HAUPTFLEISCH,

                    Defendants.

-----------------------------------------------------------------------X

1:23-cv-450-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       On December 3, 2024, the Court ordered the parties to file a status update no later than ten days after the Bankruptcy Court before which Defendant De Hoop Corp has filed a Chapter 11 bankruptcy petition has lifted the bankruptcy stay as to De Hoop Corp or by May 3, 2025, whichever is earlier.  Dkt. No. 63.  No status update has been submitted.  Plaintiff is ordered to submit a letter updating the Court on the status of this case forthwith, and in no event later than May 13, 2025.  For the avoidance of doubt, in light of the bankruptcy stay, the Court is not requesting that Defendants take any action in response to this order.

       The Clerk of Court is directed to mail a copy of this order to Defendant Suzaan Hauptfleisch at:

    Suzaan Hauptfleisch
    1614 Third Ave.
    New York, NY 10128

    SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                            GREGORY H. WOODS
                                                  United States District Judge