UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

:

FRANCISCO TUY XEP, *on behalf of himself and all others* :
*similarly situated*,                                                   :

:

                               Plaintiff,      :            1:23-cv-450-GHW

:

             -against-                              :

:            ORDER

DE HOOP CORP, *doing business as* Kaia Wine Bar, *and*     :
SUZAAN HAUPTFLEISCH,                                       :

:

                       Defendants.     :

:

------------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/2026

GREGORY H. WOODS, United States District Judge:

On October 14, 2025, the Court ordered the parties to file a status update no later than ten days after the Bankruptcy Court before which Defendant De Hoop Corp has filed a Chapter 11 bankruptcy petition has lifted the bankruptcy stay as to De Hoop Corp or by April 4, 2026, whichever is earlier.  Dkt. No. 68.  No status update has been submitted.  Plaintiff is ordered to submit a letter updating the Court on the status of this case forthwith, and in no event later than April 10, 2026.  For the avoidance of doubt, in light of the bankruptcy stay, the Court is not requesting that Defendants take any action in response to this order.

The Clerk of Court is directed to mail a copy of this order to Defendant Suzaan Hauptfleisch.

SO ORDERED.

Dated:  April 8, 2026
       New York, New York

                                  _____
                                   GREGORY H. WOODS
                               United States District Judge